BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MANUEL GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06 00296 CW[DMR] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER DIRECTING |
| | ) | PROBATION TO DISCLOSE |
| vs. | ) | INVESTIGATIVE REPORTS |
| | ) | |
| MANUEL GONZALES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Manuel Gonzales made his initial appearance before this Court on October 4, 2010. The U.S. Marshals have confirmed that there is no detainer presently lodged against Mr. Gonzales. Neither the government nor the defense presently have copies of or access to the investigative reports or other evidence that form the basis for the state charges underlying the Form 12 filed July 6, 2010.

It is therefore STIPULATED AND AGREED that the Court direct U.S. Probation to provide forthwith to the U.S. Attorney and the Federal Public Defender copies of any and all reports, documents and other evidence upon which Charge Number One of the Form 12 is based.

STIP/ORD                                                            1

|   |   |
|---|---|
| Dated: October 4, 2010 | /S/ <br> _____ <br> KESLIE STEWART <br> Assistant United States Attorney |
| Date: October 4, 2010 | /S/ <br> _____ <br> JEROME E. MATTHEWS <br> Assistant Federal Public Defender |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.     /S/ JEROME E. MATTHEWS

Good cause appearing therefor, IT IS ORDERED that U.S. Probation provide forthwith to the U.S. Attorney and the Federal Public Defender copies of any and all reports, documents and other evidence upon which Charge Number One of the Form 12 is based.

Dated: October 4, 2010

_____
DONNA M. RYU
United States Magistrate Judge

STIP/ORD                                        2